Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
2155 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEEROY WILLIAMS**, on behalf of himself and all others similarly situated, | Case No. 2:20-cv-03617-GW-JC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **LEXINGTON LAW FIRM**, and DOES 1 through 10, inclusive, and each of them, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 4th day of June, 2020.

By:    s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 4th day of June, 2020, with:

**United States District Court CM/ECF system**

And hereby served upon all parties.

Notification sent on this 4th day of June, 2020, via the ECF system to:

Honorable George H. Wu
United States District Court
Central District of California

This 4th day of June, 2020.

By: s/Todd M. Friedman
     Todd M. Friedman